COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-12-00324-CR

Style:      Cristobal Galvan Cerna

     **v** The State of Texas

Date motion filed[*]:      January 11, 2013

Type of motion:      Motion to Abate Proceedings

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated? No

Ordered that motion is:

☐      Granted

     If document is to be filed, document due:

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

**Because appellant fails to state that the missing proceedings were previously designated for inclusion in the record and the clerk's record contains no copy of the request for preparation of the reporter's record, the record was complete when filed. *See* TEX. R. APP. P. 34.6(a)(1), (b)(1), (2), (3), (d), 35.3(b)(2). Nevertheless, if relevant portions of the reporter's record have been omitted, appellant "may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items." TEX. R. APP. P. 34.6(d). However, any request for a supplemental record will not effect the deadline for filing appellant's brief. *See* TEX. R. APP. P. 34.6(a)(1), (b)(1), 35.3(b)(2), 38.6(a).**

Judge's signature: /s/ Jim Sharp
         ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date:   January 23, 2013

November 7, 2008 Revision